NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARQUIS SANDERS,                                )
                                                )
            Appellant,                          )
                                                )
v.                                              )       Case No. 2D18-2956
                                                )
STATE OF FLORIDA,                               )
                                                )
            Appellee.                           )
_____ )

Opinion filed May 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

N. Adam Tebrugge of Tebrugge Legal,
Cullowhee, North Carolina, for Appellant.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.